```
 1  THOMAS M. DIACHENKO, Bar No. 140763
    LAW OFFICES OF THOMAS M. DIACHENKO, APC
 2  1010 Second Avenue, Suite 1350
    San Diego, California 92101
 3  Telephone: (619) 699-5870
    Facsimile: (619) 699-5871
 4
    Attorneys For Plaintiff
 5  BRIAN P. ADAME

 6
    TERESA TRACY, Bar No. 089609
 7  BAKER & HOSTETLER, LLP
    333 South Grand Avenue, Suite 1800
 8  Los Angeles, CA 90071-1523
    Telephone: (213) 975-1600
 9  Facsimile: (213) 975-1740

10  Attorneys For Defendant
    PHILIPS LIGHTING COMPANY, A DIVISION OF
11  PHILIPS ELECTRONICS NORTH AMERICA
    CORPORATION
```

**FILED**

07 MAR -7 PM 1:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA    BY FAX

| | |
|---|---|
| BRIAN P. ADAME, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>PHILIPS LIGHTING COMPANY and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, corporations, and Does 1-10<br><br>  Defendants. | Civil No. 06-CV-543 BTM (CAB)<br><br>**STIPULATION DISMISSING SECOND THROUGH SIXTH CAUSES OF ACTION AND NON-JURY TRIAL** |

   IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel as follows:

   1.   The Second, Third, Fourth, Fifth and Sixth Causes of action alleged in the complaint in the above captioned action are pre-empted by ERISA and each said causes of action are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

---

**STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION AND NON-JURY TRIAL**



2. The First Cause of Action includes ERISA claims under U.S.C. §§ 1132 (a)(1)(A), 1132 (a)(1)(B) and 1132 (a)(3) ; accordingly, the trial will be a non-jury bench trial. Without in any way expanding or otherwise modifying the scope or nature of the First Cause of Action, discovery, the nature or scope of any hearings or trial, or the damages or equitable relief available under the First Cause of Action, Plaintiff may make arguments to the Court referring to the allegations contained in paragraphs 13, 14, 19, 20, 21, 24, 30, 31, 32, 35, 36 and 37 of the Complaint, provided that any such arguments are only in support of the only cause of action in this Complaint, namely the ERISA claims under 29 U.S.C. §§ 1132 (a)(1)(A), 1132 (a)(1)(B) and 1132 (a)(3).

LAW OFFICES OF THOMAS M. DIACHENKO, APC

DATED: February 13, 2007

_____
Thomas M. Diachenko
Attorney for Plaintiff, Brian P. Adame

TERESA R. TRACY
BAKER & HOSTETLER LLP

DATED: February ~~___~~ March 2, 2007

_____
Teresa R. Tracy
Attorneys For Defendant
PHILIPS LIGHTING COMPANY, A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

IT IS SO ORDERED.

DATED: 3-6-07

_____
Hon. ~~Cathy Ann Beneivengo~~
Barry Ted Moskowitz

2
**STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION AND NON-JURY TRIAL**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On March 2, 2007, I served the foregoing document described as **STIPULATION DISMISSING SECOND THROUGH SIXTH CASES OF ACTION AND NON-JURY TRIAL** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

THOMAS M. DIACHENKO, ESQ.
LAW OFFICES OF THOMAS M. DIACHENKO, APC
1010 Second Ave., Suite 1300
San Diego, CA 92101

BY MAIL

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 2, 2007, at Los Angeles, California.

__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
Elaine Miyashiro

50757, 00008, 501049826.1