Jul. 30. 2007 7:11PM    Ogletree Deakins                              No. 4793  P. 2

FILED
2007 AUG -6  AM 10: 55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  CHERYL L. SCHRECK State Bar No.: 130083
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
3  Telephone:  (213) 239-9800
   Facsimile:   (213) 239-9045
4  cheryl.schreck@ogletreedeakins.com

5  Attorneys for Defendants
   PHILIPS LIGHTING COMPANY, A DIVISION OF PHILIPS
6  ELECTRONICS NORTH AMERICA CORPORATION and
   PHILIPS ELECTRONICS NORTH AMERICA CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 BRIAN P. ADAME, an individual,        Case No. 06CV453 BTM(CAB)

12              Plaintiff,                STIPULATION AND ORDER RE
                                          DISMISSAL OF ENTIRE ACTION
13      v.                                WITH PREJUDICE

14 PHILIPS LIGHTING COMPANY and
   PHILIPS ELECTRONICS NORTH
15 AMERICA CORPORATION,
   corporations, and DOES 1-10, inclusive,
16
                Defendants.
17

18       IT IS HEREBY STIPULATED by and between the parties to this
19 action, through their respective counsel of record, that the above-captioned action be
20 and hereby is dismissed with prejudice and in its entirety pursuant to Federal Rule of
21 Civil Procedure 41(a)(1).
22

23 Dated: July 30, 2007              Law Offices of Thomas M. Diachenko, APC
24
25
26                                   _____
                                     Thomas M. Diachenko
27                                   Attorney for Plaintiff
                                     Brian P. Adame
28

| | |
|---|---|
| 1 | |
| 2  Dated: July 26, 2007 | OGLTREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

_____
Cheryl L. Schreck

Attorneys for Defendants
PHILIPS LIGHTING COMPANY, A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

IT IS SO ORDERED. The motion for judgment on the pleadings and for protective order is DENIED AS MOOT.

DATED: August 3, 2007

_____
The Hon. Barry Moskowitz
United States District Court Judge

1.

STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE